**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** September 27, 2022 |
| **USA v. Patrick Anthon Jochim** | **Case Number:** 21-04224MJ-001-PCT-CDB |

**Assistant U.S. Attorney:** Jennifer Fara Levinson
**Attorney for Defendant:** Thomas McMurray Baker, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**SENTENCING**

The following individuals address the Court regarding the plea agreement and sentencing:

Tribal Historic Preservation Officer – Peter Steere (Telephonic) from Tohono O'odham Nation

Chairman – Ned Norris from Tohono O'odham Nation

President – Martin Harvier of the Salt River Pima Maricopa Indian Community

☒ Defendant is placed on Supervised Probation for a period of Three (3) Years.
☒ Additional conditions of Probation: Refer to Judgment
☒ Special Assessment $ 10.00
☒ Fine WAIVED
☒ Restitution $530,740.27

**Recorded By** Courtsmart                                           Sent   27 min
**Deputy Clerk** Christina Davison

                                                                     Start: 1:08 pm and
                                                                     3:15 pm
                                                                     Stop: 1:19 pm and
                                                                     3:31 pm